745 A.2d 538

IN THE MATTER OF RICHARD I. WOOD,
AN ATTORNEY AT LAW.

February 24, 2000.

## ORDER

The Court on September 25, 1998, having ordered that **RICH-ARD I. WOOD,** formerly of **TRENTON,** who was admitted to the bar of this State in 1964, be temporarily suspended from the practice of law pursuant to *Rule* 1:20–3(g) and *Rule* 1:20–11 and that respondent submit to a physical examination following which the Office of Attorney Ethics was to report to the Court on respondent's fitness to practice;

And the Court having considered the medical reports filed and the comments of the parties regarding respondent's fitness to practice;

And good cause appearing;

It is ORDERED pursuant to *Rule* 1:20–12(d), that **RICHARD I. WOOD** shall be and hereby is transferred to disability inactive status, effective immediately, and until the further Order of the Court; and it is further

ORDERED pursuant to *Rule* 1:20–12(e), that this matter is remanded to the special ethics master appointed to hear the complaint in XIV–97–435E for factual findings and recommendations to the Court in respect of respondent's ability to assist counsel and/or otherwise participate in the pending disciplinary proceedings involving respondent; and it is further

ORDERED that **RICHARD I. WOOD** is hereby restrained and enjoined from practicing law during the period that he remains on disability inactive status; and it is further

ORDERED that **RICHARD I. WOOD** comply with *Rule* 1:20–20 governing suspended, disbarred, and incapacitated attorneys.